**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHARLES D. DORAZIO,** | ) | CASE NO. 1:16CV2187 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| **CHARLES E. COULSON,** *et al.*, | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

    This Court has reviewed the Report and Recommendation (Doc.#15) of Magistrate Judge Thomas M. Parker regarding Defendants' Motion to Dismiss (Doc.#10). In their Motion, Defendants argue that Plaintiff has failed to state a claim upon which relief can be granted. The Magistrate Judge Recommends that the Motion be granted, as Plaintiff has failed to state a violation of his substantive due process rights. Plaintiff has not filed any objections to the Report and Recommendation.

    FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947

(6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 15) and grants Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated: 2/17/2017

 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE